UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCK BURRELL and MELISSA RIVAS,<br><br>Plaintiffs,<br><br>v.<br><br>HUNTER WARFIELD, INC.,<br><br>Defendant. | Case No.  5:14-cv-05574 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court having been informed that this case has settled, all previously scheduled deadlines and appearances are vacated.

**On or before May 4, 2015**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **May 19, 2015, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **May 12, 2015**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a

statement in response to this Order.

SO ORDERED.

Dated: March 3, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:14-cv-05574-HRL Notice has been electronically mailed to:

Arturo Esteban Matthews , Jr     aem@matthewsfirm.net

David J. Kaminski     kaminskd@cmtlaw.com, brooksl@cmtlaw.com, Brownk@cmtlaw.com, lopezp@cmtlaw.com

Tamar Gabriel     gabrielt@cmtlaw.com, brooksl@cmtlaw.com, Zimmerj@cmtlaw.com